UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Joel Isai Iglesias-Romero, | Case No. 2:26-cv-01821-CDS-BNW |
| Petitioner | **Order Granting Respondents' Motion to Extend Time** |
| v. | |
| John Mattos, et al., | [ECF No. 7] |
| Respondents | |

Counsel for the federal respondents seeks an additional ten days to prepare a response to Joel Isai Iglesias-Romero's petition for writ of habeas corpus. Mot., ECF No. 7. Counsel represents that, since this is Iglesias-Romero's second habeas petition, more time is necessary to conduct research. *Id.* He also cites competing deadlines and hearings in other matters. *Id.*

Although I find that counsel's heavy caseload does not constitute good cause, I nonetheless allow this brief extension of time as it is made in good faith and not solely for the purpose of delay. It is hereby ordered that the respondents' motion to extend time **[ECF No. 7] is granted nunc pro tunc**. Their response is due by July 17, 2026.

Dated: July 10, 2026

_____
Cristina D. Silva
United States District Judge